# EXHIBIT E



**Date: October 14, 2022**

**To:** First Officer Jonathan Dunn 928439

**From:** Captain Patrick Burns, Vice President–Flight Operations & System Chief Pilot

**Subject:** NOTICE OF INTENT TO TERMINATE

This letter is being presented to you in accordance with *Section 18 C.* of the Pilot Working Agreement ("PWA") between Delta Air Lines, Inc. ("Delta" or "the Company") and the Air Line Pilots in the service of Delta, as represented by the Air Line Pilots Association, International ("ALPA").

You were the First Officer assigned to Rotation 4630, which was a three-day trip from August 20, 2022 through August 22, 2022. Of note, you were in the Federal Flight Deck Officer ("FFDO") program and carried a 9 mm Glock service weapon with you during flight. On August 22, 2022 during flight 1459 from Atlanta to Salt Lake City, a medical event with one of the passengers occurred. The Captain consulted with medical experts on the best course of action. The passenger's condition stabilized, and the Captain decided to continue to Salt Lake City while monitoring the situation in case things changed. Approaching the Grand Junction, Colorado area, the Captain briefed a diversion plan to the Grand Junction airport ("GJT") in case the passenger's condition deteriorated. You responded by saying "No we won't." The Captain listened to your reasons for not wanting to go to GJT and correctly informed you that it was his call, and if the situation got worse, he would divert the flight to GJT. Not satisfied, you said you would "arm wrestle" the Captain for the decision. Then you explained that if the Captain insisted on following through on his decision, one day you would be forced to 'explain that the Captain went crazy and that is why you had to shoot him so many times. They will ask why I had to reload even though the first shot looked like a kill shot, and I'll say it is because he kept twitching so that is why I had to reload twice.' At the time you made these comments, your FFDO service weapon was in view, strapped to your hip. With one round chambered, a full magazine in the weapon and two full spare magazines you were carrying to reload, your scenario involved firing 46 bullets into your Captain.

Delta will not and cannot tolerate threats of workplace violence. When interviewed as part of Delta's investigation into this matter, you did not deny making those statements, instead downplaying them as attempts at humor. But, the Company's workplace violence policy expressly prohibits "***threatening or intimidating comments or gestures (even said in jest), threatening or intimidating pranks, jokes***, and stories, bullying, dangerous or aggressive horseplay and actual or threat of physical contact (such as hitting, pushing, shoving, kicking, touching, or assault)." Other Delta policies, such as The Way We Fly, require "a workplace that must be safe, respectful and free of unnecessary and inappropriate distractions. All employees are expected to work together professionally and to treat each other with dignity and respect…any form of bullying or intimidation is forbidden." Your comments were

unprofessional, disrespectful, and an attempt to intimidate your Captain. Threats of murder by gunshot by someone armed with a handgun and trained to use it could never by perceived as a joke. Not only did your threats violate Delta's workplace violence policies, they unavoidably undermined the essential role of Crew Resource Management ("CRM") in flight safety.

Your role as a First Officer is to assist the captain in the safe and efficient operation of the aircraft while performing assigned duties. Your comments detracted from the safe, effective operation of the flight. They also were not aligned with basic principles of CRM, which involves crew members communicating and working together as a team to mitigate threats and reduce the likelihood of making errors. Your actions did the opposite - creating a threat and increasing the likelihood of error. Your threats violated the Workplace Violence Policy, other Delta workplace policies and CRM requirements and are a basis for termination.

The comments described above were not an isolated incident; rather, they were the culmination of other unprofessional and unsafe conduct you engaged in over the three days of Rotation 4630 that, likewise, undermined CRM and flight safety. For example, you deviated from standard operating procedures by failing to secure the yellow hydraulic system pump while starting the second engine and failed to push the stick forward 50% during takeoff roll. After the Captain reminded you of the proper procedures, you stated that you had picked up a bad habit in one case didn't agree with the other, and the deviations continued. Additionally, even though the Captain was the pilot monitoring and responsible for making radio calls, you jumped in and made them instead, in clear violation of published procedures. Finally, you requested weather deviations from ATC without first discussing your thought process or the need for them with the Captain. These refusals to adhere to standard operating procedures and your poor CRM eroded trust in the cockpit, created distractions and compromised safety. Individually and collectively, they serve as aggravating factors that support the conclusion that termination in this case is appropriate due to your violation of Delta's Workplace Violence Policy, and failure to comply with operational procedures, all of which eroded CRM and undermined safe flight operations.

As a Delta pilot you are responsible for the safety and well-being of Delta's passengers and crew members, and you are required to operate Delta aircraft with the highest possible degree of safety. Your position demands the exercise of the highest standards of conduct, judgment, and trust. You have failed to meet these standards. Delta considered several factors that could potentially mitigate your conduct, but the totality of misconduct revealed in the investigation weighed heavily against excusing or accepting your behavior. You can no longer be trusted with the responsibilities given to a Delta pilot. Accordingly, Delta intends to terminate your employment.

You are hereby advised that you are entitled to contact your ALPA representative.

_____  Date: _14 October 2022_
Captain Patrick Burns