Tyler Green, Utah Bar No. 10660
Patrick Strawbridge*
Matt Pociask*
Consovoy McCarthy, PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
patrick@consovoymccarthy.com
matt@consovoymccarthy.com

*Attorneys for Plaintiff Jonathan Dunn*
*admitted pro hac vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| JONATHAN DUNN,<br><br>*Plaintiff,*<br><br>v.<br><br>DELTA AIR LINES, INC.; ROBERT BANISH; KEVIN MILLER; BRIAN CINK; AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; RICHARD HARPER; and ADAM BRADLEY,<br><br>*Defendants.* | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AIR LINE PILOTS ASSOCATION, INTERNATIONAL, RICHARD HARPER, AND ADAM BRADLEY**<br><br>Case No.  2:24-cv-967-HCN-DBP<br><br>Hon. Howard C. Nielson, Jr.<br>Hon. Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jonathan Dunn, by and through his counsel of record, hereby submits this notice of voluntary dismissal of Defendants Air Line Pilots Association, International, Richard Harper, and Adam Bradley ("ALPA Defendants"). ALPA Defendants have not served or filed an answer or motion for summary judgment in this action. Plaintiff hereby notifies the Court and all parties that all claims against ALPA Defendants are dismissed without prejudice. This notice does not affect Plaintiff's action or claims against Defendants Delta Air Lines, Inc., Robert Banish, Kevin Miller, or Brian Cink. *See Van Leeuwen v. Bank of Am.,*

*N.A.*, 304 F.R.D. 691, 697 (D. Utah 2015); *see also Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, 2022 WL 881575, at *2 & n.4 (10th Cir. Mar. 25, 2022).

Dated: May 12, 2025

Respectfully submitted,

_/s/ Tyler Green_
Tyler Green (Utah Bar No. 10660)
Matt Pociask*
Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
matt@consovoymccarthy.com
patrick@consovoymccarthy.com

*admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's CM/ECF system on May 12, 2025, which will automatically serve counsel for all parties.

/s/ Tyler Green
Tyler Green