# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| JONATHAN DUNN,<br><br>           *Plaintiff*,<br><br> v.<br><br>DELTA AIR LINES, INC.; ROBERT BANISH; KEVIN MILLER; and BRIAN CINK,<br><br>           *Defendants*. | **Order [Granting/Denying] Plaintiff's Motion For Leave To File Surreply**<br><br>Case No. 2:24-cv-967-HCN-DBP<br><br>Hon. Howard C. Nielson, Jr.<br>Hon. Dustin B. Pead |

  The Court, having reviewed Plaintiff Jonathan Dunn's Motion For Leave To File A Surreply, and for good cause appearing, hereby [GRANTS/DENIES] the Motion.

  **IT IS SO ORDERED.**


Dated this ___ day of _____, 2025.

                     BY THE COURT:

                     _____
                     Hon. Howard C. Nielson, Jr.
                     District Judge