# Attachment A



U.S. Department of Homeland Security
Springfield, Virginia 20598

Transportation
Security
Administration

**By First Class and Certified Mail - Return Receipt Requested**

Jonathan Joseph Dunn



Re:  Withdrawal of Determination of Security Threat for Airman Certificate Number 003733825 and 200010049543

Dear Jonathan Joseph Dunn:

On 15 Nov 2023, the Transportation Security Administration (TSA) served upon you a Determination of Security Threat related to your Federal Aviation Administration (FAA) airman and medical certificate. After further review of the Determination of Security Threat, your reply dated 15 May 2025, and materials available to TSA, I have decided to withdraw the Determination of Security Threat. This letter serves as a withdrawal of the Determination of Security Threat. TSA is concurrently notifying the FAA of this new determination and initiating the process to reinstate the certificates issued to you by the FAA.

Sincerely,
Acting Executive Assistant Administrator
Operations Support
Transportation Security Administration
Dated: 6/26/2025

cc:  Assistant Chief Counsel for Enforcement
     Federal Aviation Administration

Enc.