# Attachment B



**U.S. Department of Transportation**
**Federal Aviation Administration**

Office of the Chief Counsel
Aviation Litigation Division, AGC-300

800 Independence Ave, SW
Washington, DC 20591

**FEDEX,**
**U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED,**
**and U.S. FIRST-CLASS MAIL**

July 8, 2025

Jonathan Joseph Dunn


### WITHDRAWAL OF IMMEDIATELY EFFECTIVE ORDER OF REVOCATION
Case No. 2024AGC00001

1. On November 16, 2023, the Acting Administrator of the Federal Aviation Administration (FAA) revoked your Airline Transport Pilot Certificate No. 3733825, Flight Instructor Certificate No. 3733825 and airman medical certificates dated 11/21/2022, 06/08/2022, 12/07/2021, 06/08/2021, 06/03/2020 and 06/14/2019.

2. That order was issued as a result of a finding in a letter dated November 15, 2023, by the Executive Assistant Administrator for Operations Support of the Transportation Security Administration (TSA) that you pose, or are suspected of posing, a risk of air piracy or terrorism, or a threat to airline or passenger safety.

3. In a letter dated June 26, 2025, the Acting Executive Assistant Administrator for Operations Support of the TSA requested that the Administrator of the FAA reinstate your certificates based on their withdrawal of TSA's Determination of Security Threat.

4. Accordingly, the FAA's Immediately Effective Order of Revocation, issued September 29, 2023, is hereby withdrawn, and your Airline Transport Pilot Certificate No. 3733825, Flight Instructor Certificate No. 3733825 and unexpired airman medical certificates are being reissued to you.[*]

Taneesha D. Marshall
Assistant Chief Counsel
  for Aviation Litigation

By:

7/8/2025

X David Kessler

David Kessler
Supervisory Attorney
Signed by: DAVID BRADLEY KESSLER

David Kessler, Esq.
Aviation Litigation Division, AGC-300
800 Independence Ave., S.W.
Washington, D.C. 20591
(816) 329-3763 (direct)
(202) 267-5106 (fax)
David.kessler@faa.gov

---

[*] Expired medical certificate will not be reissued.

3

## CERTIFICATE OF SERVICE

    I hereby certify that I sent the foregoing Withdrawal of Immediately Effective Order of Revocation in Case No. 2024AGC00001 by FedEx Standard Overnight, U.S. Certified Mail, Return Receipt Requested, and U.S. First-Class Mail to:

Jonathan Joseph Dunn

*Jeff Kamberg*
_____
Jeff Kamberg
Management and Program Analyst
Aviation Litigation Division
Federal Aviation Administration
Des Moines, WA


Date:  July 8, 2025